UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                             No. 3:19-CR-30002-001

JASON WALTER ALVAREZ                                                       DEFENDANT

## ORDER

As ordered from the bench in the sentencing hearing conducted this same day, the Court ADOPTS the report and recommendation (Doc. 54) entered in this case and accepts Jason Alvarez's s plea of guilty to Count 1 of the indictment.

IT IS SO ORDERED this 16th day of December, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE